STEVEN M. ROGERS, ESQ.
Nevada Bar No. 10975
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: srogers@lvattorneys.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA HASTY, individually, CHARLES HASTY, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES JAY SMITH, individually, JOHN DOE BICYCLIST, KEOLIS TRANSIT SERVICES, LLC, a Foreign Limited-Liability Company, MV TRANSPORTATION, INC., a Foreign Corporation, ROE BUS TRANSIT COMPANY, ROE BUS COMPANY; JOHN DOE BUS DRIVER; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-1513 <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND MOTION FOR SUMMARY JUDGMENT RE CHARLES HASTY** |

IT IS HEREBY STIPULATED BETWEEN Plaintiffs, CHRISTINA HASTY and CHARLEST HASTY, and Defendant, KEOLIS TRANSIT SERVICES, LLC by and through their respective counsel of record, all parties hereby stipulate and agree to extend time for

/ / /

/ / /

/ / /

1

Plaintiffs to oppose Defendant's Motion for Summary Judgment and Defendant's Motion for Summary Judgment re Charles Hasty. The new deadline for the oppositions will be November 13, 2020.

DATED this 6th day of November, 2020.          DATED this 6th day of November, 2020.

**HICKS & BRASIER, PLLC**                      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: ___/s/ Steven M. Rogers_____           By: _/s/ Jonathan C. Pattillo_____
STEVEN M. ROGERS, ESQ.                          MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10975                            Nevada Bar No. 10666
2630 S. Jones Blvd.                             JONATHAN C. PATTILLO, ESQ.
Las Vegas, Nevada 89146                         Nevada Bar No. 13929
*Attorneys for Plaintiff*                       6689 Las Vegas Blvd., South Suite 200
                                                Las Vegas, NV 89119
                                                *Attorneys for Keolis Transit Services, LLC*

# ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties' request in the above-entitled action to extend time for Plaintiffs to oppose Defendant's Motion for Summary Judgment and Motion for Summary Judgment re Charles Hasty.   The new deadline for the opposition will be November 13, 2020, is hereby GRANTED.

IT IS SO ORDERED this  6  day of November, 2020.

Submitted by:                                   _____
**HICKS & BRASIER, PLLC**                       Gloria M. Navarro, District Judge
                                                UNITED STATES DISTRICT COURT

___/s/ Steven M. Rogers_____
STEVEN M. ROGERS, ESQ.
Nevada Bar No. 10975
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*